IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-451-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　v. 　　　　　　　　　　　　　　) 　　ORDER
　　　　　　　　　　　　　　　　　　　　　)
CHATSWORTH ASSET MANAGEMENT, )
LLC, et al., )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants. )

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 26], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 20], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 20 day of July 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge